# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CLEMENTS II, JOSEPH C. | § | Case No. 08-22721 SQU |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/15/2010 in Courtroom 4016,

DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2009                    By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
CLEMENTS II, JOSEPH C.                    §        Case No. 08-22721 SQU
                                          §
_____Debtor(s)_____   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 34,937.49 |
| *and approved disbursements of* | $ | 37.78 |
| *leaving a balance on hand of*[1] | $ | 34,899.71 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, | | |
| TRUSTEE | $    4,243.75 | $    0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,608.50  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000008B* | Department of the Treasury | $      4,608.50 | $      4,608.50 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 106,740.05  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.4 percent.

UST Form 101-7-NFR (9/1/2009) *(Page 3)*

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | PYOD as assignee of Citibank | $ 6,855.95 | $ 1,673.04 |
| 000002 | PYOD as assignee of Citibank | $ 14,633.23 | $ 3,570.90 |
| 000003 | Discover Bank/DFS Services LLC | $ 8,443.72 | $ 2,060.50 |
| 000004 | CHASE BANK USA, NA | $ 26,509.75 | $ 6,469.10 |
| 000005 | CHASE BANK USA, NA | $ 33,983.51 | $ 8,292.89 |
| 000006 | CAPITAL ONE BANK (USA), N.A. | $ 2,709.03 | $ 661.08 |
| 000007 | American Express Centurion Bank | $ 2,916.43 | $ 711.69 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 10,688.43 | $ 2,608.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 81.48 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008A | Department of the Treasury | $ 81.48 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Brenda Porter Helms

Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez          Page 1 of 1              Date Rcvd: Dec 10, 2009
Case: 08-22721                Form ID: pdf006          Total Noticed: 30
```

```
The following entities were noticed by first class mail on Dec 12, 2009.
db          +Joseph C. Clements, II,   1756 Barnett Lane,   Bartlett, IL 60103-2318
aty         +Bradley S Covey,   Springer, Brown,Covey, Gaertner & Davis,   232 S Batavia Ave,
             Batavia, IL 60510-3169
tr          +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
             Chicago, IL 60625-5104
12557881    +AT&T Universal Cards,   Processing Center,   Des Moines, IA 50363-0001
12557880    +++American Express Centurion Bank,   PO Box 3001,   Malvern, PA 19355-0701
12889522     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14756458    +BAC Home Loan Servicing, LP,   7105 Corporate Drive,   Plano, TX 75024-4100
12557882     Bank of America,   PO Box 17220,   Baltimore, MD 21297-1220
12557883     Best Buy,   Retail Services,   PO Box 17298,   Baltimore, MD 21297-1298
12832153    +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
             NORCROSS, GA 30091-5155
12806484    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14349714     CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12557884     Capital One Bank,   PO Box 5294,   Carol Stream, IL 60197-5294
12557885     Chase,   Card Member Services,   PO Box 15153,   Wilmington, DE 19886-5153
12557887     Chrysler Financial,   PO Box 2993,   Milwaukee, WI 53201-2993
12557888     CitiMortgage,   PO Box 183040,   Columbus, OH 43218-3040
12592604    +DaimlerChrysler Financial Services,   Americas, LLC c/o Riezman Berger,
             PC 7700 Bonhomme Ave 7th Floor,   St. Louis, MO 63105-1960
12557893    +++Department of the Treasury,   Internal Revenue Service,   PO Box 21126,
             Philadelphia, PA 19114-0326
12557890    +DuPage County Collector,   Attn: Marianne Ciolli,   P.O. Box 787,   Wheaton, IL 60187-0787
13015294     FIA CARD SERVICES, NA/BANK OF AMERICA,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
12557892    +GMAC,   P.O. Box 9001951,   Louisville, KY 40290-1951
12557891     GMAC,   PO Box 9001951,   Payment Processing Center,   Louisville, KY 40290-1951
12557896    +LaSalle Bank,   2600 West Big Beaver Rd.,   Troy, MI 48084-3323
12557894    +LaSalle Bank,   4747 West Irving Park Rd.,   Chicago, IL 60641-2791
12557898    +LaSalle Bank NA,   4747 West Irving Park Rd.,   Chicago, IL 60641-2791
12729036     PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
12557899     Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
12557900    +Trott & Trott, P.C.,   31440 Northwestern Highway,   Suite 200,   Farmington, MI 48334-5422
```

```
The following entities were noticed by electronic transmission on Dec 10, 2009.
12557889     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 10 2009 23:58:44     Discover,   PO Box 30395,
             Salt Lake City, UT 84130-0395
12735121     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 10 2009 23:58:44
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
                                                                                             TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12557886*    Chase,   Card Member Services,   PO Box 15153,   Wilmington, DE 19886-5153
12557897*   +LaSalle Bank,   2600 West Big Beaver Rd.,   Troy, MI 48084-3323
12557895*   +LaSalle Bank,   4747 West Irving Park Rd.,   Chicago, IL 60641-2791
                                                                                      TOTALS: 0, * 3
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2009**                          **Signature:**   _Joseph Speetjens_