# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| CLEMENTS II, JOSEPH C. § | Case No. 08-22721 SQU |
| § | |
| Debtor(s) § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 385,000.00 | Assets Exempt: 21,590.00 |
| Total Distributions to Claimants: 30,658.40 | Claims Discharged Without Payment: 188,513.63 |
| Total Expenses of Administration: 4,281.53 | |

3) Total gross receipts of $ 34,939.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 34,939.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 775,847.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 4,281.53 | 4,281.53 | 4,281.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 9,000.00 | 4,608.50 | 4,608.50 | 4,608.50 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 162,298.00 | 106,821.53 | 106,821.53 | 26,049.90 |
| TOTAL DISBURSEMENTS | $ 947,145.00 | $ 115,711.56 | $ 115,711.56 | $ 34,939.93 |

4) This case was originally filed under chapter 7 on 08/28/2008 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2010          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life insurance proceeds - deceased father | 1229-000 | 34,930.00 |
| Post-Petition Interest Deposits | 1270-000 | 9.93 |
| **TOTAL GROSS RECEIPTS** | | **$34,939.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor #: 1 Chrysler Financial PO Box 2993 Milwaukee, WI 53201-2993 | | 17,740.00 | NA | NA | 0.00 |
| Creditor #: 2 CitiMortgage PO Box 183040 Columbus, OH 43218-3040 | | 244,542.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor #: 3 DuPage County Collector Attn: Marianne Ciolli P.O. Box 787 Wheaton, IL 60189 | | 4,500.00 | NA | NA | 0.00 |
| Creditor #: 4 GMAC PO Box 9001951 Payment Processing Center Louisville, KY 40290-1951 | | 26,619.00 | NA | NA | 0.00 |
| Creditor #: 5 LaSalle Bank 4747 West Irving Park Rd. Chicago, IL 60641 | | 20,205.00 | NA | NA | 0.00 |
| Creditor #: 6 LaSalle Bank 4747 West Irving Park Rd. Chicago, IL 60641 | | 338,498.00 | NA | NA | 0.00 |
| Creditor #: 7 LaSalle Bank NA 4747 West Irving Park Rd. Chicago, IL 60641 | | 123,743.00 | NA | NA | 0.00 |
| Representing: CitiMortgage | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 775,847.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 4,243.75 | 4,243.75 | 4,243.75 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 37.78 | 37.78 | 37.78 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,281.53 | $ 4,281.53 | $ 4,281.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor #: 1 IRS PO Box 970011 Saint Louis, MO 63197 | | 4,500.00 | NA | NA | 0.00 |
| DEPARTMENT OF THE TREASURY | 5800-000 | 4,500.00 | 4,608.50 | 4,608.50 | 4,608.50 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 9,000.00 | $ 4,608.50 | $ 4,608.50 | $ 4,608.50 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor #: 1 American Express | | 2,800.00 | NA | NA | 0.00 |
| Creditor #: 10 LaSalle Bank 2600 West Big Beaver Rd. Troy, MI 48084 | | 3,700.00 | NA | NA | 0.00 |
| Creditor #: 11 Sears Credit Cards PO Box 183082 Columbus, OH 43218-3082 | | 5,530.00 | NA | NA | 0.00 |
| Creditor #: 2 AT&T Universal Cards Processing Center Des Moines, IA 50363 | | 12,317.00 | NA | NA | 0.00 |
| Creditor #: 3 Bank of America PO Box 17220 Baltimore, MD 21297-1220 | | 8,871.00 | NA | NA | 0.00 |
| Creditor #: 4 Best Buy Retail Services PO Box 17298 Baltimore, MD 21297-1298 | | 2,295.00 | NA | NA | 0.00 |
| Creditor #: 5 Capital One Bank PO Box 5294 Carol Stream, IL 60197-5294 | | 2,387.00 | NA | NA | 0.00 |
| Creditor #: 6 Chase Card Member Services PO Box 15153 Wilmington, DE 19886-5153 | | 23,168.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditor #: 7 Chase Card Member Services PO Box 15153 Wilmington, DE 19886-5153 | | 29,950.00 | NA | NA | 0.00 |
| Creditor #: 8 Discover PO Box 30395 Salt Lake City, UT 84130-0395 | | 7,524.00 | NA | NA | 0.00 |
| Creditor #: 9 LaSalle Bank 2600 West Big Beaver Rd. Troy, MI 48084 | | 4,700.00 | NA | NA | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | 2,800.00 | 2,916.43 | 2,916.43 | 711.75 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,387.00 | 2,709.03 | 2,709.03 | 661.14 |
| CHASE BANK USA, NA | 7100-000 | 7,524.00 | 26,509.75 | 26,509.75 | 6,469.70 |
| CHASE BANK USA, NA | 7100-000 | 29,950.00 | 33,983.51 | 33,983.51 | 8,293.67 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | 7,524.00 | 8,443.72 | 8,443.72 | 2,060.69 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 8,871.00 | 10,688.43 | 10,688.43 | 2,608.52 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 6,855.95 | 6,855.95 | 1,673.19 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 14,633.23 | 14,633.23 | 3,571.24 |

UST Form 101-7-TDR (9/1/2009) (Page 7)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY | 7300-000 | NA | 81.48 | 81.48 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 162,298.00 | $ 106,821.53 | $ 106,821.53 | $ 26,049.90 |